Submitted on record and appellant's brief June 2,
remanded for resentencing July 14, 1980

STATE OF OREGON,
*Respondent,*
*v.*
CRAIG NORMAN BARLOW,
*Appellant.*

(No. 10-79-02852, CA 14743)

613 P2d 506

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

James M. Brown, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes that the court erred in the imposition of costs as part of the sentence imposed. *State v. Calderilla,* 34 Or App 1007, 580 P2d 578 (1978). The judgment of conviction is affirmed; the sentence is vacated and the case is remanded for resentencing.